UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN KOHLER,<br><br>                Plaintiff,<br>v.<br>WHALECO, INC., et al.,<br><br>                Defendants. | Case No.: 24-cv-00935-AJB-DEB<br><br>**ORDER** |

      The proceedings in this case are currently stayed pending arbitration. (Doc. No. 37.) On July 24, 2025, the Court ordered the parties to file a status report on the status of arbitration by November 3, 2025. (Doc. No. 41.)

      On November 3, 2025, the parties filed a joint status report explaining that Plaintiff Kristen Kohler submitted a claim for arbitration; an arbitrator has been appointed; and an in-person evidentiary hearing is currently scheduled for February 24, 2026, at 9:30 a.m. (Doc. No. 42.)

      In light of these developments, the Court **HEREBY ORDERS** the parties to submit a joint status report regarding the status of the arbitration proceeding no later than **March 3, 2026**. The Court **FURTHER ORDERS** that no later than **May 4, 2026**, and every sixty

//

days thereafter, the parties must filed updated joint reports on the status of the arbitration.

**IT IS SO ORDERED.**

Dated: November 4, 2025

Hon. Anthony J. Battaglia
United States District Judge